William G. Walker, Esq.
WILLIAM G. WALKER, P.C.
177 N. Church Avenue, Suite 807
Tucson, AZ 85701
wgwpc@aol.com
assistant@wgwatty.com
Telephone: (520) 622-3330
SBN: 005361

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States Of America,** | ) |
|     Plaintiff, | ) No. 17-00340MJ |
| vs. | ) NOTICE OF APPEARANCE |
| **Zoe E. Anderson**, *et.al.*, | ) |
|     Defendants. | ) **Hon. Leslie Bowman** |

    Undersigned counsel hereby enters his appearance on behalf of Defendant Zoe E. Anderson for all further proceedings in this matter.

    DATED this 17th day of January, 2018.

                                                WILLIAM G. WALKER, P.C.
                                                177 N. Church Avenue, Suite 807
                                                Tucson, AZ  85701

                                                By /s/ William G. Walker_____
                                                   William G. Walker
                                                   Attorney for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 17, 2018, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Anna Wright, AUSA
405 W. Congress, Suite 4800
Tucson, AZ 85701
Anna.Wright@usdoj.gov

Nathaniel Walters AUSA
405 W. Congress, Suite 4800
Tucson, AZ 85701
Nathaniel.Walters@usdoj.gov

/s/ Lauren McKeen
Legal Assistant