JON M. SANDS
Federal Public Defender
DEIRDRE MARIAN MOKOS
Assistant Federal Public Defender
Arizona State Bar No. 016268
Deirdre_Mokos@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | 17-mj-0340 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO CONTINUE HEARING CURRENTLY SET FOR NOVEMBER 16, 2018 |
| Zoe Elen Anderson, | |
| Defendant. | Unopposed, First Request |

Defendant, through counsel, requests a 60-day continuance of the Motion hearing currently set for November 16, 2018 at 9:30 a.m. before Magistrate Judge Macdonald, based upon the following:

1) Counsel was just appointed to represent Ms. Anderson in a matter that others have been working on for months.  In order to be effective assistance of counsel, undersigned needs additional time for investigation and preparation for this hearing, to determine whether Ms. Anderson will stand on the existing motions, to determine whether additional motions will be filed, and to allow the Government time to respond.

2) Assistant U.S. Attorney, Anna R. Wright, and counsel for the co-defendants, Chris Dupont, have no objection to this request.

RESPECTFULLY SUBMITTED: November 5, 2018.

JON M. SANDS
Federal Public Defender

*s/ Deirdre M. Mokos*
DEIRDRE MARIAN MOKOS
Assistant Federal Public Defender

*I hereby certify that on the above date I caused the electronic transmission of the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be sent to all applicable registrants.*